

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Teresa Corral-Lerma, | § | |
| | § | No. 08-17-00201-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 120th District Court |
| Border Demolition & Environmental Inc., as a Corporation, Raul Solis, Individually, and Bonnie Solis, Individually, | § | of El Paso County, Texas |
| | § | (TC# 2009-2631) |
| Appellees. | § | |
| | § | |

## **O R D E R**

Appellant Teresa Corral-Lerma has filed with this Court a Notice of Suggestion of Bankruptcy under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. §362(a), any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 7th day of November, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.